[No. 71724-3-I. Division One. July 20, 2015.]

MARISA BAVAND, *Appellant*, v. CHASE HOME FINANCE
LLC ET AL., *Respondents*.

*Affirmed* by unpublished opinion
per Leach, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71820-7-I. Division One. July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG CHARLES
BROWN, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J.,
concurred in by Spearman, C.J., and Dwyer, J.

[No. 71830-4-I. Division One. July 20, 2015.]

*In the Matter of the Marriage of* JOHN P. BLACKMON,
*Appellant*, and JENIFER L. BLACKMON, *Respondent*.

*Affirmed* by unpublished opinion
per Dwyer, J., concurred in by Cox and Schindler, JJ.

[No. 71842-8-I. Division One. July 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER M.
FARRAR-BRECKENRIDGE, *Appellant*.

*Affirmed* by unpublished opinion per
Lau, J., concurred in by Spearman, C.J., and Dwyer, J.